UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| OLIMPIA COLON APONTE, | * | |
| Plaintiff, | * | Civil No. 98-2021 (JAF) |
| v. | * | |
| AMERICAN AIRLINES, INC., | * | |
| Defendant. | * | |

## J U D G M E N T

The parties' "Stipulation for Voluntary Dismissal With Prejudice," filed on November 15, 1999, <u>Docket Document No. 7</u>, is **APPROVED.** Judgment is entered dismissing this case with prejudice, each party to bear its own costs, expenses, and attorney's fees.

San Juan, Puerto Rico, this 19th day of November, 1999.

JOSE ANTONIO FUSTE
U.S. District Judge




AO 72
(Rev 8/82)